WILLIAM FEIL, Respondent, v. SAMUEL MENDICK, Appellant, Impleaded with SAMUEL SINGER and Another.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $7,636.45; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

JAMES ENRIGHT, an Infant, by DANIEL ENRIGHT, His Guardian ad Litem, Respondent, v. ANNA L. SCHOEMAKER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page, and Philbin, JJ.

HERMAN ROTHMANN, an Infant, by LOUIS ROTHMANN, His Guardian ad Litem, Appellant, v. THOMPSON BROTHERS, INC., Respondent.— Order reversed, with costs, and verdict reinstated and judgment ordered to be entered thereon, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.; Clarke, P. J., dissenting.

ANTONIO QUACQUARELLO, Appellant, v. CHARLES REMSEN, Respondent. — Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

In the Matter of Proving the Last Will and Testament of JANE G. LOWDEN, Deceased. MARTHA MOORHEAD and Another, Appellants; WALTER S. GREACEN and Others, Respondents.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK, Respondent, to Certain Lands and Premises on the Southerly Side of East Sixty-third Street between Second and Third Avenues, in the Borough of Manhattan, City of New York, Duly Selected as a Site for School Purposes, According to Law. THE WALTERS PIANO COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

BERGDORF & GOODMAN COMPANY, Respondent, v. GEORGE LEARY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

ELMA FINK, an Infant, etc., by SAMUEL FINK, His Guardian ad Litem, Appellant, v. NEW YORK RAILWAYS COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

SAMUEL FINK, Appellant, v. NEW YORK RAILWAYS COMPANY, Respondent. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.